Alan L. Butkovitz and Stephen Radzminiski, for appellees.

Dick Filling, Commissioner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

**PER CURIAM**

AND NOW, this 18 TH day of May, 1998, the Order of the Commonwealth Court, dated May 8, 1998, is **AFFIRMED**.

Zappala, J., did not participate in this matter.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Charles C. GEHMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 5, 1998.

Decided May 19, 1998.

Robert P. Snyder, King of Prussia, for Charles C. Gehman.

Michael D. Marino, Dist. Atty., Mary Mac-Neil Killinger, Patricia E. Coonahan, Asst. Dist. Attys., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.